JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS, <br><br> Plaintiff, <br><br> vs. <br><br> WHEEL SPECIALTIES, LTD., d/b/a CUSTOM WHEELS UNLIMITED, INC. <br><br> Defendant. | Case No. SACV09-1080 AG (ANx) <br><br> **ORDER OF DISMISSAL OF ACTION** |

Pursuant to Rule 41(a), Fed. R. Civ. P., and the Stipulation of Dismissal of Action filed by Plaintiff Mobile Hi-Tech Wheels and Defendant Wheel Specialties, Ltd., this action is dismissed with prejudice, with each party to bear its own costs, including attorney's fees.

DATED: August 02, 2010

Hon. Andrew J. Guilford
United States District Court Judge

-1-

CHRISTIE, PARKER & HALE, LLP